## Richmond

COMMONWEALTH OF VIRGINIA, EX REL. STONE, ETC. V. H. G. SHIRLEY, STATE HIGHWAY COMMISSIONER, ETC.

October 11, 1939.

Record No. 2204.

*Charles C. Berkeley* and *William L. Carleton,* for the petitioners.

*Abram P. Staples, Attorney-General,* for the defendants.

PER CURIAM.

This day came again the parties, by counsel, and the court having maturely considered the petition of the petitioner, the demurrer of the respondents and printed arguments of counsel, is of opinion that the said writ of mandamus should not issue as prayed. It is therefore considered that the said demurrer should be, and is hereby, sustained, and the said petition dismissed, and that the respondents recover of the petitioners their costs by them expended about their defense herein.